# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ERNEST MARTINE, INC.

VERSUS

TEAM TRAN, LLC AND GENERAL
GROUND MAINTENANCE, LLC

NO.  2023 CW 0103

**MARCH 27, 2023**

---

In Re:    Team Tran, LLC, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No.
          133914.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

                              **JMG**
                              **EW**
                              **SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT